IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TIFFANY NEWBURN**                                                                                        **PLAINTIFF**

v.                                   **CASE NO. 2:16-CV-00094 BSM**

**MID-SOUTH ADJUSTMENT CO., INC.**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs and fees.

DATED this 27th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE